**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| EUGENIE KIRENGA, | ) | Case No. 3:22-cv-00345 |
| | ) | |
| Plaintiff, | ) | JUDGE THOMAS M. ROSE |
| | ) | |
| v. | ) | MAGISTRATE JUDGE PETER B. SILVAIN, |
| | ) | JR. |
| CITY OF DAYTON, OHIO, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**STIPULATED DISMISSAL WITH PREJUDICE**

By stipulation of the undersigned counsel, it is hereby agreed that this action be dismissed in

its entirety, with prejudice.  Each party shall bear its own attorneys' fees and costs.

Dated this __16__ day of April 2024.

| | |
|---|---|
| */s/Trisha M. Breedlove* | */s/Leonard J. Bazelak* (email approval 4/16/24) |
| Trisha M. Breedlove (0095852) | Leonard J. Bazelak (#0064023) |
| **SPITZ, THE EMPLOYEE'S LAW FIRM** | BARBARA J. DOSECK CITY ATTORNEY |
| 1103 Schrock Road, Suite 307 | Senior Attorney |
| Columbus, Ohio 43229 | 101 W. Third Street |
| Telephone: (614) 556-4811 | P.O. Box 22 |
| Facsimile: (216) 291-5744 | Dayton, OH 45401 |
| trisha.breedlove@spitzlawfirm.com | Tel. (937) 333-4105 |
| *Counsel for Plaintiff* | Fax (937) 333-3628 |
| | Email: leonard.bazelak@daytonohio.gov |
| | *Counsel for Defendants* |